AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

_____District of Connecticut_____     2012 MAR -5  A 10: 19

| | |
|---|---|
| United States of America<br>v.<br><br>Keith McGhee | )<br>)<br>)<br>) Case No:  3:06CR18(EBB)<br>)<br>) USM No:  15767014<br>) |
| Date of Original Judgment: 9/15/2006<br>Date of Previous Amended Judgment: 10/26/2009<br>*(Use Date of Last Amended Judgment if Any)* | Defendant's Attorney |

U.S. DISTRICT COURT
NEW HAVEN, CT

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of  **x** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   121   months **is reduced to**   84 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated   9/15/2006   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:   3/2/2012                                    /s/ Ellen Bree Burns, SUSDJ
                                                                              Judge's signature

Effective Date: _____
*(if different from order date)*                              Ellen Bree Burns, Sr. U.S.D.J.
                                                                            Printed name and title